IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA NICOLE KACH, a/k/a/Nikki Diane Allen,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS HOSE and on behalf of both ST. MORITZ SECURITY SERVICES, INC., and McKEESPORT SCHOOL DISTRICT; ST. MORITZ SECURITY SERVICES, INC., a Pennsylvania Corporation, and on behalf of the McKEESPORT SCHOOL DISTRICT; McKEESPORT SCHOOL DISTRICT; McKEESPORT SCHOOL BOARD; DR. ROBERT WEINFURTNER, Superintendent; THE CITY OF McKEESPORT; ELEANOR HOSE and HOWARD HOSE, as Husband and Wife; E. MICHAEL ELIAS, Juvenile Lieutenant, McKEESPORT POLICE; DAN PACELLA, Vice-Principal McKEESPORT SCHOOL DISTRICT; ANDREA ABRAMS, Acting-Principal McKEESPORT SCHOOL DISTRICT; TOM CARTER, Both Chief, McKEESPORT POLICE, and McKEESPORT SCHOOL BOARD Member; and, JUDY SOKOL,<br><br>Defendants. | CASE NO.: 2:06-cv-1216-GLL<br><br>HONORABLE GARY L. LANCASTER |

## ORDER

Upon consideration of the Motion to Amend Answer of Defendants McKeesport School District, McKeesport School Board, Dr. Robert Weinfurtner, Dan Pacella, Andrea Abrams and Tom Carter to Assert Cross-Claim against Defendants St. Moritz Security Services, Inc. and Thomas Hose, it is hereby ORDERED that said motion is granted and the Amended Answer and Cross-Claim may be filed by the moving defendants.

_____
United States District Judge

2/1/07

163085.10787.88