# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA NICOLE KACH, a/k/a/Nikki Diane Allen, | )<br>) |
| Plaintiff, | )<br>) |
| | ) CASE NO.: 2:06-cv-1216-GLL |
| v. | )<br>) |
| THOMAS HOSE and on behalf of both ST. MORITZ SECURITY SERVICES, INC., and McKEESPORT SCHOOL DISTRICT; ST. MORITZ SECURITY SERVICES, INC., a Pennsylvania Corporation, and on behalf of the McKEESPORT SCHOOL DISTRICT; McKEESPORT SCHOOL DISTRICT; McKEESPORT SCHOOL BOARD; DR. ROBERT WEINFURTNER, Superintendent; THE CITY OF McKEESPORT; ELEANOR HOSE and HOWARD HOSE, as Husband and Wife; E. MICHAEL ELIAS, Juvenile Lieutenant, McKEESPORT POLICE; DAN PACELLA, Vice-Principal McKEESPORT SCHOOL DISTRICT; ANDREA ABRAMS, Acting-Principal McKEESPORT SCHOOL DISTRICT; TOM CARTER, Both Chief, McKEESPORT POLICE, and McKEESPORT SCHOOL BOARD Member; and, JUDY SOKOL, | ) HONORABLE GARY L. LANCASTER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) (Electronically Filed)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) JURY TRIAL DEMANDED |

## ORDER OF COURT

AND NOW, to-wit, this 3rd day of January, 2008, it is hereby ORDERED, ADJUDGED and DECREED that the Motion to File Janice Pope Report Under Seal in this matter is hereby GRANTED.

BY THE COURT:

_____
HONORABLE GARY L. LANCASTER, Judge

172753,10787.88