# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA NICOLE KACH a/k/a Nikki Diane Allen, | ) ) ) |
| Plaintiff, | ) Case No: 2:06-cv-01216-GLL ) ) HONORABLE GARY L. |
| v. | ) LANCASTER ) |
| THOMAS HOSE, et al., | ) ) ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW this **22nd** day of April, 2008, it is hereby ORDERED, ADJUDGED and DECREED that the Joint Defense Motion to Vacate Final Scheduling Order is GRANTED. This Court's Final Scheduling Order dated March 28, 2008 is hereby VACATED. Defendants' Motions for Summary Judgment shall be filed by May 12, 2008. Plaintiff's Response to Defendants' Motions for Summary Judgment shall be filed by June 26, 2008. Defendants' Reply Briefs shall be filed by July 28, 2008. A Final Scheduling Order addressing expert discovery and other pretrial deadlines shall be issued, if necessary, after the Motions for Summary Judgment have been resolved.

BY THE COURT

_____
J.

-5-