IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA NICOLE KACH<br>a/k/a Nikki Diane Allen,<br><br>Plaintiff,<br>v.<br><br>THOMAS HOSE and on behalf of both St.<br>MORITZ SECURITY SERVICES, Inc., and<br>McKEESPORT SCHOOL DISTRICT; St.<br>MORITZ SECURITY SERVICES, Inc., a<br>Pennsylvania Corporation, and on behalf of the<br>McKEESPORT SCHOOL DISTRICT;<br>McKEESPORT SCHOOL DISTRICT;<br>McKEESPORT SCHOOL BOARD; DR.<br>ROBERT WEINFURTNER, Superintendent; The<br>CITY OF McKEESPORT; ELEANOR HOSE<br>and HOWARD HOSE, as Husband and Wife; E.<br>MICHAEL ELIAS, Juvenile Lieutenant,<br>McKEESPORT POLICE; DAN PACELLA, Vice<br>Principal McKEESPORT SCHOOL DISTRICT;<br>ANDREA ABRAMS, Acting-Principal<br>McKEESPORT SCHOOL DISTRICT; TOM<br>CARTER, Both Chief, MCKEESPORT POLICE,<br>and McKEESPORT SCHOOL BOARD Member;<br>JUDY SOKOL and Debbie BURNETTE,<br><br>Defendants. | Case No: 2:06-cv-01216-GLL<br><br>HONORABLE GARY L. LANCASTER |

**ORDER OF COURT**

AND NOW this 14th day of May, 2008, it is hereby ORDERED, ADJUDGED and DECREED that the Motion to Join filed on behalf of the City of McKeesport, E. Michael Elias and Tom Carter in his capacity as Chief of the McKeesport Police, is granted.

BY THE COURT

_____
J.