IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA NICOLE KACH<br>a/k/a Nikki Diane Allen,<br><br>    Plaintiff,<br><br>vs.<br><br>THOMAS HOSE and on behalf of both St.<br>MORITZ SECURITY SERVICES, Inc., and<br>McKEESPORT SCHOOL DISTRICT;<br>St. MORITZ SECURITY SERVICES, Inc., a<br>Pennsylvania Corporation, and on behalf of the<br>McKEESPORT SCHOOL DISTRICT;<br>McKEESPORT SCHOOL DISTRICT;<br>McKEESPORT SCHOOL BOARD;<br>DR. ROBERT WEINFURTNER,<br>Superintendent;<br>The CITY OF McKEESPORT;<br>ELEANOR HOSE and HOWARD HOSE, as<br>Husband and Wife;<br>E. MICHAEL ELIAS, Juvenile Lieutenant,<br>McKEESPORT POLICE;<br>DAN PACELLA, Vice-Principal<br>McKEESPORT SCHOOL DISTRICT;<br>ANDREA ABRAMS, Acting-Principal<br>McKEESPORT SCHOOL DISTRICT;<br>TOM CARTER, Both Chief,<br>MCKEESPORT POLICE, and<br>McKEESPORT SCHOOL BOARD<br>Member; JUDY SOKOL; and DEBBIE<br>BURNETTE,<br><br>    Defendants. | CASE NO. 2:06-cv-01216-GLL<br><br>HONORABLE GARY L. LANCASTER<br><br>(Electronically Filed) |

## ORDER OF COURT

AND NOW, to wit, this 2ND day of July, 2008, it is hereby ORDERED, ADJUDGED AND DECREED that the Joint Motion of McKeesport School District Defendants and Defendant St. Moritz Security Services, Inc. for Mutual Dismissal of Cross-Claims Without Prejudice is granted. The Cross-Claim of the McKeesport School District Defendants against Defendant St. Moritz Security Services, Inc. (Doc. No. 68) and the Cross-

Claim of Defendant St. Moritz Security Services, Inc. against the McKeesport School District Defendants (Doc. No. 65) are hereby dismissed without prejudice.

BY THE COURT:

_____
GARY L. LANCASTER, United States District Judge